IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NAKIA MELVIN McCLAIN,          )
                               )
    Petitioner,                )
                               )      CIVIL ACTION NO.
    v.                         )        2:15cv716-MHT
                               )            (WO)
UNITED STATES OF AMERICA       )
and Warden DENNIS STAMPER,     )
                               )
    Respondents.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 40) is adopted.

(2) The petitioner's motion to dismiss (doc. no. 39) is granted.

(3) The 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. no. 1) is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of July, 2016.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**